# Order

Michigan Supreme Court
Lansing, Michigan

May 6, 2011

140296 (86)

GREGORY J. BOWENS, PAULA M.
BRIDGES, and GARY A. BROWN,
      Plaintiffs-Appellees,
and

ROBERT B. DUNLAP and PHILLIP A.
TALBERT,
      Plaintiffs,

v

ARY, INC., d/b/a AFTERMATH
ENTERTAINMENT, PHILLIP J.
ATWELL, CHRONIC 2001 TOURING,
INC., GERONIMO FILM PRODUCTIONS,
INC., and ANDRE YOUNG,
      Defendants-Appellants,
and

AMAZON.COM, INC., AOL TIME WARNER,
INC., BARNES & NOBLE, INC., BARNES &
NOBLE.COM, INC., BEST BUY COMPANY,
INC., BLOCKBUSTER, INC., BORDERS GROUP,
INC., CDNOW, INC., JOHN DOE #1,
JOHN DOE #2, EAGLE ROCK
ENTERTAINMENT, EAGLE VISION, INC.,
HARMONY HOUSE RECORDS & TAPES,
HASTINGS ENTERTAINMENT, INC.,
HMV MEDIA GROUP, HONIGMAN MILLER
SCHWARTZ & COHN, L.L.P., HOUSE OF
BLUES CONCERTS/HEWITT/SILVA, L.L.C.,
INGRAM ENTERTAINMENT HOLDINGS,
INTERSCOPE RECORDS, INC., ERVIN
JOHNSON, MAGIC JOHNSON PRODUCTIONS,
L.L.C., METROPOLITAN ENTERTAINMENT
GROUP, INC., MGA, INC., MOVIE
GALLERY.COM, INC., MTS, INC/TOWER
RECORDS, THE MUSICLAND GROUP, INC.,
PANAVISION, INC., RADIO EVENTS GROUP,

SC: 140296
COA: 282711
Wayne CC: 02-233251-CZ

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

INC., RED DISTRIBUTION, INC., PHIL
ROBINSON, WILLIAM SILVA, TRANS WORLD
ENTERTAINMENT CORPORATION, KIRDIS
TUCKER, WHEREHOUSE ENTERTAINMENT,
INC., and WH SMITH, P.L.C.,
          Defendants.

_____/

On order of the Court, the motion for reconsideration of this Court's March 18, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY, J., would grant reconsideration for the reasons stated in her dissenting statement in this case, 488 Mich ___ (2011).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2011

_____
Clerk

t0503